UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 35656
    ANNE M TOUTANT
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-6666
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 09/27/2004 and was not confirmed.

The case was transferred to Glenn Stearns, Trustee on 10/14/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GENERAL MOTORS ACCEPTANC | SECURED | 6000.00 | .00 | .00 |
| GMAC | UNSECURED | 2397.62 | .00 | .00 |
| ALEXIAN BROS BEHAVIORAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQ DBA RESURGEN | UNSECURED | 3254.12 | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROS MEDICAL CEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| WSHMC MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| KOFKIN SPRINGER & SCHEIN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

*FILED JAN 11 2005 — KENNETH S. GARDNER, CLERK, UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS — PS REP.-RD*

PAGE   1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 35656 ANNE M TOUTANT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/11/05

*(signed)* Thomas Vaughn
TOM VAUGHN
CHAPTER 13 TRUSTEE