```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35656
   ANNE M TOUTANT
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-6666
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/27/04 and confirmed on 12/10/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  11960.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED | 7200.00 | 1291.75 | 7200.00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | 255.00 | .00 | 25.50 |
| CAPITAL ONE FINANCIAL | UNSECURED | 3629.90 | .00 | 362.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3254.12 | .00 | 325.41 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | 150.00 | .00 | 15.00 |
| WSHMC MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 1197.62 | .00 | 119.76 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2382.32 | .00 | 238.23 |

      Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7200.00 | .00 | 10868.96 | .00 | 18068.96 |
| PRINCIPAL PAID | 7200.00 | .00 | 1086.89 | .00 | 8286.89 |
| INTEREST PAID | 1291.75 | .00 | .00 | .00 | 1291.75 |
| TOTAL PAID | 8491.75 | .00 | 1086.89 | .00 | 9578.64 |

The Debtor's attorney, KOFKIN & SCHEINBAUM            , was allowed $  2200.00
and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $    519.32 .

Refunds to the Debtor totaled $    162.04 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
   Dated: 02/09/09                    /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 35656 ANNE M TOUTANT